No. 77–601.   FOUKE CO. *v.* ANIMAL WELFARE INSTITUTE ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 77–607.   CLARK *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 77–608.   NIZER ET AL. *v.* MEEROPOL ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 77–609.   ANDRE ET AL. *v.* BOARD OF TRUSTEES OF THE VILLAGE OF MAYWOOD, COOK COUNTY, ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 77–611.   KWANG-WEI HAN *v.* ANDERSON AIR CONDITIONING, INC.   App. Dept., Super. Ct. Cal., County of Orange. Certiorari denied.

No. 77–612.   UNITED MINE WORKERS OF AMERICA *v.* NEDD ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 77–617.   TERMINAL-HUDSON ELECTRONICS, INC., DBA OPTI-CAL *v.* DUNDAS ET AL.   Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 77–618.   BRAMBLETT *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 77–619.   INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* PILOT FREIGHT CARRIERS, INC.   C. A. 4th Cir.   Certiorari denied.

No. 77–620.   GUYTON *v.* OHIO.   Ct. App. Ohio, Summit County.   Certiorari denied.

No. 77–626.   COLUMBUS MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.